## IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Zip Top, Inc.

Plaintiff(s),

v.

S.C. Johnson & Son, Inc,

Defendant(s).

Case No. 22 C 5028

Judge Jorge L. Alonso

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☑ in favor of defendant(s) S.C. Johnson & Son Inc.
and against plaintiff(s) Zip Top, Inc.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge                           presiding, and the jury has rendered a verdict.
☐ tried by Judge                            without a jury and the above decision was reached.
☑ decided by Judge Jorge L. Alonso           on a motion.

Date: 3/11/2024

Thomas G. Bruton, Clerk of Court

Lesley Fairley            , Deputy Clerk